DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ELY CERVANTES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:08-cr-00376 OWW |
| Plaintiff, | |
| v. | STIPULATION TO EXTEND TIME WITHIN WHICH TO POST PROPERTY BOND AND ORDER THEREON |
| ELY CERVANTES, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, KIMBERLY A. SANCHEZ, Assistant United States Attorney, attorney for the Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, attorney for Defendant ELY CERVANTES, that the time within which to post the property bond in the above-captioned case be extended from **November 14, 2008**, to **December 1, 2008.**

This matter came before the Honorable Sandra M. Snyder on October 23, 2008. Mr. Cervantes was ordered released on bond set at $100,000.00 unsecured bond to be replaced by a Full equity property bond, not less than $150,000.00 due by November 14, 2008.

///

///

///

///

The paperwork is not yet completed on that bond and the parties agree that the deadline may be extended to December 1, 2008.

The parties stipulate that the Full equity bond need not be in place until December 1, 2008.

DATED: November 14, 2008          UNITED STATES ATTORNEY
                                  McGREGOR W. SCOTT


                                  /s/ Kimberly A. Sanchez
                                  KIMBERLY A. SANCHEZ
                                  Assistant U.S. Attorney\
                                  Attorney for Plaintiff


DATED: November 14, 2008          DANIEL J. BRODERICK
                                  Federal Defender


                                  /s/ Eric Kersten
                                  ERIC KERSTEN
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  ELY CERVANTES


IT IS SO ORDERED.

**Dated:   November 20, 2008**          /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE

Stipulation to Extend Time Within Which to
Post Bond                                       2