# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
DEC 01 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

|  |  |
|---|---|
| United States of America ) | CR |
| vs. ) | Case No. 08-0376 OWW |
| Ely Cervantes ) |  |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ____Ely Cervantes____, have discussed with ____Lydia J. Serrano____, Pretrial Services Officer, modifications of my release conditions as follows:

Replacing the current home confinement condition with the following condition: You shall participate in the following home confinement program components and abide by all the requirements of the program which will include electronic monitoring or other location verification system, *and pay for costs as directed by Pretrial Services*: **HOME DETENTION:** You are restricted to your residence at all times except for employment, education, religious services, mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities as pre-approved by the Pretrial Services Officer.

I consent to this modification of my release conditions and agree to abide by this modification.

_____   10-24-08        _____   10-24-08
Signature of Defendant        Date              Pretrial Services Officer     Date
Ely Cervantes                                   Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_____                        11-6-08
Signature of Assistant United States Attorney                Date
Kimberly A. Sanchez

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                        10/28/08
Signature of Defense Counsel - ERIC KERSTEN          Date

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on ___11/19/08___.
☐ The above modification of conditions of release is *not* ordered.

_____                        11/19/08
Signature of Judicial Officer                        Date
WM SNYDER

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services