1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  ELY CERVANTES

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        ) No. 1:08-cr-00376 OWW
   |                                  )
12 |                 Plaintiff,       )
   |                                  ) STIPULATION TO EXTEND TIME WITHIN
13 |        v.                        ) WHICH TO POST PROPERTY BOND AND
   |                                  ) ORDER THEREON
14 | ELY CERVANTES,                   )
   |                                  )
15 |                 Defendant.       )
   |                                  )
16 |                                  )

17       **IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective

18 counsel, KIMBERLY A. SANCHEZ, Assistant United States Attorney, attorney for the Plaintiff, and

19 ERIC V. KERSTEN, Assistant Federal Defender, attorney for Defendant ELY CERVANTES, that the

20 time within which to post the property bond in the above-captioned case be extended from **December 1,**

21 **2008**, to **December 19, 2008.**

22       This matter came before the Honorable Sandra M. Snyder on October 23, 2008.  Mr. Cervantes

23 was ordered released on bond set at $100,000.00 unsecured bond to be replaced by a Full equity property

24 bond of not less than $150,000.00 by November 14, 2008.  That date was then extended to December 1,

25 2008.  Due to unanticipated complications, the paperwork on the bond is not yet completed and the

26 ///

27 ///

28 ///

parties agree that the deadline may be extended to December 19, 2008

The parties stipulate that the full equity bond need not be in place until December 19, 2008.

DATED: December 10, 2008          McGREGOR W. SCOTT
                                  United States Attorney

                                  /s/ Kimberly A. Sanchez
                                  KIMBERLY A. SANCHEZ
                                  Assistant U.S. Attorney\
                                  Attorney for Plaintiff

DATED: December 10, 2008          DANIEL J. BRODERICK
                                  Federal Defender

                                  /s/ Eric V. Kersten
                                  ERIC V. KERSTEN
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  ELY CERVANTES

# **O R D E R**

IT IS SO ORDERED.

**Dated:    December 19, 2008**          ./s/ Sandra M. Snyder
                                         **UNITED STATES MAGISTRATE JUDGE**