DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ELY CERVANTES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:08-cr-00376 OWW |
| Plaintiff, | |
| v. | ORDER AMENDING CONDITIONS OF RELEASE |
| ELY CERVANTES, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, KIMBERLY A. SANCHEZ, Assistant United States Attorney, attorney for the Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, attorney for Defendant Ely Cervantes, that the conditions of release in the above-captioned case may be amended to reflect that Mr. Cervantes may be released on conditions which include the posting of a full equity bond, in the amount of $131,382, in the residence located at 2520 Floyd Avenue, Modesto, California.

This matter came before the Honorable Sandra M. Snyder on October 23, 2008. Mr. Cervantes was ordered released on a $100,000.00 unsecured bond, to be replaced by a full equity property bond of not less than $150,000.00. Due to the decline in the housing market it now appears the full equity is $131,382. The parties stipulate that the previously ordered conditions of release may be amended to reflect that Mr. Cervantes may be released on a full equity bond in the amount of $131,382, which shall be

///

in place by January 9, 2009.  All other conditions of release shall remain unchanged and in full force and effect.

DATED: December 31, 2008            McGREGOR W. SCOTT
                                    United States Attorney


                                    /s/ Kimberly A. Sanchez
                                    KIMBERLY A. SANCHEZ
                                    Assistant U.S. Attorney\
                                    Attorney for Plaintiff


DATED: December 31, 2008            DANIEL J. BRODERICK
                                    Federal Defender


                                    /s/ Eric V. Kersten
                                    ERIC V. KERSTEN
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    ELY CERVANTES

## O R D E R

IT IS SO ORDERED.

Dated: December 31, 2008                           /s/ Gary S. Austin
                                                   GARY S. AUSTIN
                                                   U.S. Magistrate Judge

Stipulation to Amend Conditions of Release            2