DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ELY CERVANTES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:08-cr-00376 OWW |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE; SET BRIEFING SCHEDULE; |
| v. | ) ) | AND ORDER THEREON |
| ELY CERVANTES, | ) ) | Date: June 15, 2009 Time: 9:00 a.m. |
| Defendant. | ) ) | Judge: Hon. Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, DAWRENCE W. RICE, Assistant United States Attorney, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Ely Cervantes, that the date for status conference may be continued to June 15, 2009, or the soonest date thereafter that is convenient to the court. It is also requested that a new motion briefing schedule be ordered. It is requested that motions may be filed by May 18, 2009; that any response or opposition may be filed by June 8, 2009. **The date currently set for status conference is April 20, 2009. The requested new date is June 15, 2009.**

The parties are exploring the possibility of resolving this matter with a negotiated settlement in lieu of litigating a suppression issue. This continuance is requested to allow additional time for negotiations and for the filing of a suppression motion absent a resolution.

///

The parties agree that the delay resulting from the continuance shall be excluded as necessary

for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and for the filing of pretrial motions and ruling thereon pursuant to 18 U.S.C. §§ 3161(h)(1)(F).

LAWRENCE G. BROWN
Acting United States Attorney

DATED: April 15, 2009  By /s/ Dawrence W. Rice
DAWRENCE W. RICE
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: April 15, 2009  By /s/ Eric V. Kersten
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
ELY CERVANTES

## O R D E R

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:  April 16, 2009**  /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE