# United States District Court
## EASTERN DISTRICT OF CALIFORNIA


FILED
JUL 09 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

|  |  |
|---|---|
| United States of America ) | |
| vs. ) | Case No. 09-CR-0376 OWW |
| Ely Cervantes ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Ely Cervantes_____, have discussed with _____Lydia J. Serrano_____, Pretrial Services Officer, modifications of my release conditions as follows:

Delete condition 7(q), and replace it with the following. You shall participate in the following Location Monitoring program components and abide by all the requirements of the program which will include electronic monitoring or other location verification system. The defendant shall pay all or part of the costs of the program based upon their ability to pay as determined by the Pretrial Services Officer. **CURFEW:** You are restricted to your residence everyday from 9 pm to 5 am, as directed by the Pretrial Services Officer. All other previously ordered conditions not in conflict remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  6-26-09        _____  6-26-09
Signature of Defendant   Date          Pretrial Services Officer   Date
Ely Cervntes                           Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_____                  7-6-09
Signature of Assistant United States Attorney   Date
Kimberly Sanchez

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                  7/7/09
Signature of Defense Counsel           Date
Eric Kersten

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on _____7-8-09_____.
☐ The above modification of conditions of release is *not* ordered.

_____                  7/8/09
Signature of Judicial Officer          Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services