DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ELY CERVANTES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>ELY CERVANTES,<br><br>             Defendant. | No. 1:08-cr-00376 OWW<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; MODIFY BRIEFING SCHEDULE; AND ORDER THEREON<br><br>Date:  August 31, 2009<br>Time:  9:00 a.m.<br>Judge: Hon. Oliver W. Wanger |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KIMBERLY A. SANCHEZ, Assistant United States Attorney, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Ely Cervantes, that the date for status conference may be continued to August 31, 2009, or the soonest date thereafter that is convenient to the court.  It is also requested that the motion briefing schedule be modified.  It is requested that the government's response to the pending motion to suppress may be filed by August 25, 2009.  **The date currently set for status conference is August 24, 2009.  The requested new date is August 31, 2009.**

　　　　The parties are exploring the possibility of resolving this matter with a negotiated settlement in lieu of litigating a suppression issue.  This continuance is requested to accommodate the schedules of counsel, and to allow for further negotiations prior to the filing of the government's response to the defendant's pending suppression motion.

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and for the filing of pretrial motions and ruling thereon pursuant to 18 U.S.C. § 3161(h)(1)(D).

LAWRENCE G. BROWN
Acting United States Attorney

DATED: August 11, 2009        By /s/ Kimberly A. Sanchez
                              KIMBERLY A. SANCHEZ
                              Assistant United States Attorney
                              Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: August 11, 2009        By /s/ Eric V. Kersten
                              ERIC V. KERSTEN
                              Assistant Federal Defender
                              Attorney for Defendant
                              ELY CERVANTES

## O R D E R

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

**Dated:   August 11, 2009**              **/s/ Oliver W. Wanger**
                                          UNITED STATES DISTRICT JUDGE

Cervantes: Stipulation to Continue Status Conference;
Modify Briefing Schedule and Order