DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ELY CERVANTES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:08-cr-00376 OWW |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; MODIFY BRIEFING SCHEDULE; AND ORDER THEREON |
| v. | |
| ELY CERVANTES, | Date:  October 13, 2009 |
| Defendant. | Time:  9:00 a.m.<br>Judge: Hon. Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KIMBERLY A. SANCHEZ, Assistant United States Attorney, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Ely Cervantes, that the date for status conference may be continued to October 13, 2009, or the soonest date thereafter that is convenient to the court.  **The date currently set for status conference is September 21, 2009.  The requested new date is October 13, 2009.**

The parties are exploring the possibility of resolving this matter with a negotiated settlement in lieu of litigating the pending suppression motion.  This continuance is requested to allow the defense to conduct further investigation prior to deciding whether to accept a plea offer, or to suppression issue.

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and for the filing

of pretrial motions and ruling thereon pursuant to 18 U.S.C. § 3161(h)(1)(D).

                                                LAWRENCE G. BROWN
                                                Acting United States Attorney

DATED: September 17, 2009          By /s/ Kimberly A. Sanchez
                                                  KIMBERLY A. SANCHEZ
                                                  Assistant United States Attorney
                                                  Attorney for Plaintiff

                                                  DANIEL J. BRODERICK
                                                  Federal Defender

DATED: September 17, 2009          By /s/ Eric V. Kersten
                                                  ERIC V. KERSTEN
                                                  Assistant Federal Defender
                                                  Attorney for Defendant
                                                  ELY CERVANTES

## O R D E R

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

**Dated:   September 17, 2009**                  /s/ Oliver W. Wanger
                                                  UNITED STATES DISTRICT JUDGE