1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  ELY CERVANTES

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   No. 1:08-cr-00376 OWW
                                       )
12              *Plaintiff,*           )   STIPULATION TO CONTINUE STATUS
                                       )   CONFERENCE; MODIFY BRIEFING
13      v.                             )   SCHEDULE; AND ORDER THEREON
                                       )
14  ELY CERVANTES,                     )   Date:  January 25, 2010
                                       )   Time:  9:00 a.m.
15              *Defendant.*           )   Judge: Hon. Oliver W. Wanger
                                       )
16  _____   )

17

18          IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel,

19  KIMBERLY A. SANCHEZ, Assistant United States Attorney, and ERIC V. KERSTEN, Assistant Federal

20  Defender, counsel for Defendant Ely Cervantes, that the date for status conference may be continued to

21  January 25, 2010, or the soonest date thereafter that is convenient to the court. **The date currently set for**

22  **status conference is November 9, 2009.  The requested new date is January 25, 2010.**

23

24          The parties are exploring the possibility of resolving this matter with a negotiated settlement in lieu

25  of litigating the pending suppression motion previously filed by Mr. Cervantes.  This continuance is

26  requested to allow additional time to attempt to resolve the matter.  In addition, a continuance to the end of

27  January 25, 2010 is requested because counsel for the government, and defense counsel, are both

28  scheduled to be in trial for 6-8 weeks beginning November 16, 2009.

1    The parties agree that the delay resulting from the continuance shall be excluded as necessary

2  for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and for the filing

3  of pretrial motions and ruling thereon pursuant to 18 U.S.C. § 3161(h)(1)(D).

4

5                                              LAWRENCE G. BROWN
                                               Acting United States Attorney

6

7    DATED: November 5, 2009            By  /s/ Kimberly A. Sanchez
                                             KIMBERLY A. SANCHEZ
8                                            Assistant United States Attorney
                                             Attorney for Plaintiff
9

10                                             DANIEL J. BRODERICK
                                               Federal Defender
11

12   DATED: November 5, 2009            By  /s/ Eric V. Kersten
                                             ERIC V. KERSTEN
13                                           Assistant Federal Defender
                                             Attorney for Defendant
14                                           Ely Cervantes

15

16                              **O R D E R**

17       **IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice

18  pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and 18 U.S.C. § 3161(h)(1)(D).

19

20  IT IS SO ORDERED.

21  **Dated:    November 5, 2009**                    **/s/ Oliver W. Wanger**
                                               UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28

Cervantes: Stipulation to Continue Status Conference    2