

RECEIVED
JAN 27 2010
PRETRIAL SERVICES AGENCY
FRESNO OFFICE

**United States District Court**
EASTERN DISTRICT OF CALIFORNIA



FILED
JAN 28 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

)
**United States of America**　　　　　　　)
　　　　vs.　　　　　　　　　　　　　　　) Case No. 08-CR-0376
Ely Cervantes　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Ely Cervantes_____, have discussed with _____Lydia J. Serrano_____, Pretrial Services Officer, modifications of my release conditions as follows:

Removing entirely the condition that pertains to electronic monitoring and curfew.

All other conditions of release not in conflict to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_/s/ Ely M. Cervantes_　　1-26-10　　　　_/s/ Lydia Serrano_　　Jan 27, 2010
Signature of Defendant　　Date　　　　　　Pretrial Services Officer　　Date
Ely Cervantes　　　　　　　　　　　　　　Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_/s/_　　　　　　　　　　　　　　　　　　　　1-27-10
Signature of Assistant United States Attorney　　Date
Kimberly Sanchez

I have reviewed the conditions with my client and concur that this modification is appropriate.

_/s/_　　　　　　　　　　　　　　　　　　　　1/28/10
Signature of Defense Counsel　　　　　　　　Date
Eric Kersten

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on　　1/28/10
[ ] The above modification of conditions of release is *not* ordered.

_/s/_　　　　　　　　　　　　　　　　　　　　1/28/10
Signature of Judicial Officer　　　　　　　　　Date

cc:　U.S. Attorney's Office, Defense Counsel, Pretrial Services