DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ELY CERVANTES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  ELY CERVANTES,  Defendant. | No. 1:08-cr-00376 OWW  STIPULATION TO CONTINUE SENTENCING AND ORDER THEREON  Date:  April 26, 2010  Time:  9:00 a.m.  Judge: Hon. Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KIMBERLY A. SANCHEZ, Assistant United States Attorney, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Ely Cervantes, that the date for sentencing may be continued to April 26, 2010, or the soonest date thereafter that is convenient to the court.  **The date currently set for sentencing is April 12, 2010.  The requested new date is April 26, 2010.**  The continuance is requested to allow for continuity of counsel, as defense counsel will be out of the office on the currently scheduled sentencing date of April 12, 2010.

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

BENJAMIN B. WAGNER
United States Attorney

DATED: April 8, 2010   By /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: April 8, 2010   By /s/ Eric V. Kersten
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
Ely Cervantes

## O R D E R

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

**Dated:   April 8, 2010**           /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

Cervantes: Stipulation to Continue Sentencing     2