DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ELY M. CERVANTES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                           )<br>           *Plaintiff*,                                   )<br>                                                           )<br>           v.                                                )<br>                                                           )<br>ELY M. . CERVANTES,                       )<br>                                                           )<br>           *Defendant*.                               )<br>                                                           ) | NO. 1:08-CR-00376 AWI<br><br>**APPLICATION FOR ORDER EXONERATING BOND AND FOR RECONVEYANCE OF REAL PROPERTY AND ORDER THEREON** |

   Defendant Ely M. Cervantes hereby moves this court for an order to exonerate the bond and reconvey real property in the above-captioned case.

   On October 23, 2008, Defendant, Ely M. Cervantes, appeared in this matter before Honorable Sandra M. Snyder, United States Magistrate Judge, and was ordered released from custody under the supervision of Pretrial Services and a full equity property bond. A certified deed of trust **(2008-0132543-00**) was posted on behalf of Ely M. Cervantes on January 23, 2009 .

   On April 26, 2010, Defendant Cervantes appeared before Hon. Oliver W. Wanger for judgment sentencing and is currently serving a term of probation.  As the requirements of pretrial release were satisfied, Defendant Cervantes requests that the court exonerate the bond set by this court and reconvey title to the real property securing the bond, A.P.N. # 077-012-003,  to Ely M. Cervantes, having Durable Power of Attorney for Virginia M. Salazar, Trustee of the Salazar Living Trust.

DATED: January 19, 2012

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

 /s/ Eric V. Kersten
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
ELY M. CERVANTES

# O R D E R

**IT IS HEREBY ORDERED** that the bond in the above-captioned case be exonerated and title to the real property securing said bond, A.P.N. # 077-012-003, be reconveyed to Ely M. Cervantes, having Durable Power of Attorney for Virginia M. Salazar, Trustee of the Salazar Living Trust.

IT IS SO ORDERED.

Dated:   January 24, 2012

CHIEF UNITED STATES DISTRICT JUDGE